No Writ -80; 734-01

September 1, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

Dear Abel Acosta.

My effort is to prove to the court I am an innocent man. I appreciate all that you do in forwarding all the necessary materials that I forward to you to the appeal court. Because I am truly an innocent man. My endeavor is to seek Justice. I again hope you will forward these other papers to the court .

I hope and ask that the court keep in mind that under oath at my trial in the 174th District Court I took an oath **and I told the truth.**

**But sad as it is, someone Lied, Lied and the truth is in the statements of pages 1-32. They also took an oath.**

**I AM A MAN OF GOOD CHARACTER. I AM INNOCENT. I WAS FASELY ACCUSED AND WRONGLY CONVICTED.**

**Sincerely,**

Donald Thompson

Donald Thompson



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-80,734-01

### EX PARTE DONALD L. THOMPSON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 414239-A IN THE 208TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### ORDER

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to fifty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Thompson v. State*, No. B14-85-00382-CR (Tex. App.—Houston [14th Dist.] 1987, pet. ref'd).

Applicant contends that he is actually innocent and was denied his right to assert a complete defense. After holding evidentiary hearings on February 2 and September 6, 2012, the trial court made findings of fact and conclusions of law and recommended that we deny relief. The reporter's

Forwarding address:


DONALD THOMPSON
2661 PARSIFAL ROAD
VICTORIA, TEXAS  77901

August 31, 2015

Dear Sir or Madam:

A trial that lasted 2 weeks left me convicted in March 1985 to a prison sentence of 50 years'. I have spent 25 years in the Texas Department of Correction on a aggravated sexual assault case that have tainted my Life.

I was living a  productive life and had a bright future ahead of me.

I am now living a Life of a guilty man, following rules and regulation of the Criminal Justice System and I am not a criminal.

On day to day basics I have to wake up to a life of a sex-offender.
Not to pass thru child safety zones-parks-day cares. No use of computers-cameras. Cannot talk to kids younger than 17.  I Cannot be around my own grand kids. Cannot go to movies. I am not allowed to travel out of county without permission. Cannot watch R-Rated movies. Cannot go to malls.

Sad as it is, the innocent person has walked free. So I am paying the price of the guilty criminal.

Until someone free me of this nightmare, the lies and Inconsistencies' of the mother (Sara Birden) and DA (Mr. Knight) and others actions of the juridical system I will continue to live a life of a guilty man, and yet all evidence prove my innocent.

I would appreciate you reading my heartfelt need of your help to free me of this nightmare , my life will continue to imprison me as if I am a criminal, when I know and God knows I am a innocent man. In March 1985 I took an oath to tell the truth. On today I am telling the truth. I am innocent.
And God said the truth shall set me free.

I was falsely accused and wrongly convicted. I deserve my freedom.

Denzel Washington once said " I have lived my life in the house of justice and yet there is no justice". I want to say I have lived my life in the house of justice and now thanks to the believers, who believe in my innocent I have justice. I thank you in advance for any and all support. I am in Pursuit of Justice. Please Help.


Sincerely,

Donald Thompson

Donald Thompson

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

THE TRUTH IS IN THE STATEMENTS (PLEASE READ)


IN 1985 I TOOK AN OATH AN TOLD THE TRUTH.


I WAS FASELY ACCUSED AND WRONGLY CONVICTED



1985 TRIAL COURT CASES OF DONALD THOMPSON

RICKY MIMMS/SARA BIRDEN/NICOLE MIMMS etc.

**Cause NO. 414236**

Excerpt testimony of Nicole Mimms

Page 58 Line 6 (Q) When you found out that Ricky was going to have a birthday party that day, when did you find that out?

Page 58 Line 8 (A) When I heard all the noise.

Page 58 Line 9 (Q) You heard all the noise?

Page 58 Line 10 (A) YES

Page 58 Line 11 (Q) When was that

Page 58 Line 12 (A) When I got in the bed.

Page 58 Line 13 (Q) When you got in the bed?

Page 58 Line 14 (A) YES

Direct Examination Questions by Ms. Davis ---Cause No 412307

Page 549 Line 6 (Q) Mr. Johnson, did you see anything unusual at that party?

Page 549 Line 8 (A) No, I didn't

Page 549 Line 10 (A) I got there about **10:30**

**PLEASE REMEMBER WHAT EBONY SAID PAGE 495 LINE 9**

Page 549 Line 14 (Q) Did you see any children there?

Page 549 Line 15 (A) Yes, I saw two.

Page 549 Line 16 (Q) What were they doing?

Page 549 Line 17 (A) When I first came in they answered the door and they let us and after I got in I didn't see them anymore.

Page 34 Line 1 (A) yes, sir. He had to be to work at 2:30.

Page 34 Line 2 (Q) Did he pick her up that day?

*Page 34 Line 3 (A) YES, sir.*

**PLEASE NOTE THAT ON PAGE 246 Line 19 Mr. Knight put a time frame on the alleged sexual assault occurring.**

Page 246 Line 11 (Q) Didn't she start crying when you told her that she wouldn't need that book anymore?

 Please Note### Cross-Examination—questions by Mr. Seiber

Page 54 Line 4 (Q) All right.  When you got over to Ricky's house, you said that—you told Mr. Knight that you had your book and you had your overnight bag?

Page 54 Line 7 (A) YES

Page 57 Line 8 By  Mr. Sieber (Q) What did you do with your book, Nicole?

Page 57 Line 10 (A) I put it in my bag.

Page 57 Line 11 (Q) You put it in your bag?

Page 57 Line 12 (A) YES

Page 57 Line 13 (Q) Where did you put your bag?

Page 57 Line 14 (A) In Ebony's room.

###NO

Page 246 Line 13 (A) She started crying because she thought that her mother would whip her for getting to bring the book home.

Page 246 Line 16 (Q) That is when you told her to take off her clothes, isn't it, Mr. Mimms?

Page 246 Line 18 (A) No, it is not.

Page 246 Line 19 (Q) **About 2:00  or 3:00  in the afternoon you told her to take off her clothes and lay down on the floor, didn't you?**

Page 246 Line 22 (A) NO

**Page 246 Line 23 (Q) She started to cry, but she laid down on the floor and took off her clothes?    (REMEMBER THIS STATEMENT)**

        Ms. Davis: Objection, Your Honor. He is arguing with the witnesses.

   THE COURT:  Cross- examination.

Page 247 Line 3 (by Mr. Knight)  Didn't you, Mr. Mimms

**LETS' REVERT TO THE AFFIDAVIT OF AUDREY RIFE—PAGE 8**

RNM: They (officials) are going to come and find me.

AR: No they aren't.

RNM: I don't want nothing to happen to my kids.

AR: Nothing, won't. You're not in trouble.

**RNM: YES I WILL BE...BECAUSE I LIED. I LIED.**

Direct Examination---Questions by Ms. Davis

Page 356 Line 2 (Q) Are you married to Mr. Ricky Mimms, the person seated to my left?

Page 356 Line 4 (A) Yes, ma'am.

Page 374 Line 5 (Q) What did Nicole do while you all were at the party, if you recall?

Page 374 Line 7 (A) Nicole and Ebony were in the living room dancing and doing things like that. They were watching TV and eating chips.

Page 375 Line 12 (Q) What time did they go to bed that night, Mrs. Mimms?

Page 375 Line 13(A) Between 10:00 and 11:00 o'clock.

Cause No. 414236

The State of Texas vs. Anna/Robert/Robert—Excerpt of Nicole

Page 65 Line 14 by Seiber (Q) That Sunday you came home and your mommy asked you some questions, right?

Page 65 Line 16 (A) RIGHT

Page 65 Line 17 (Q) Is that true?

Page 65 Line 18 (A) RIGHT

Page 65 Line 19 (Q) They told us that you were crying. Do you remember if you were crying when you came home?

Mr. Knight: Objection. He's going into other testimony and asking this witness about what somebody else told the court. He's going into other testimony and he said they told us---

Page 66 Line 11 by Mr. Seiber (Q) All right. Were you happy when you came home from Ricky's house?

Page 66 Line 13 (A) NO

Page 66 Line 14 (Q) All right. Were you sad?

Page 66 Line 15 (A) YES

Page 66 Line 16 (Q) When you came home from Ricky's house did you have the book that you took over to Ricky's house Saturday?

Page 66 Line 19 (A) NO

Page 66 Line 20 (Q) What happened to that book?

*Page 66 Line 21 (A) Ricky threw it away.*

*Page 66 Line 22 (Q) Ricky threw it away?*

*Page 66 Line 23 (A) YES*

**Please read below Jury trial of Richard/Donald**

**Cross- Examination Question by Mr. Jackson attorney for Richard**

*Page 420 Line 15(Q) okay. – He (Ricky) took you home and then he met your mother at the door?*

**This prove aunt Debra Ecung Lied at hearing —She said she received Nicole and never testified at no trials**

Page 420 Line 17 (A) RIGHT

Page 420 Line 18 (Q) okay. After he met your mother at the door, what did you do at the time, if anything?

**Nicole admitting to not taking a bath or being sad**

Page 420 Line 20 (A) I put up my bag

Page 420 Line 21 (Q) And after you went and put your bag up, what did you do?

Page 420 Line 23 (A) I went in the room.

Page 420 Line 24 (Q) You went in room.

Page 420 Line 25 (A) No, I went in the living room to watch TV.

Page 421 Line 1 (Q) okay. You went in living room to watch TV. After you went in the living room to watch TV did your mother stand outside a while and talk to your father?

Page 421 Line 5 (A) YES

Page 421 Line 12 (Q) After he talked, after Ricky talked with your mother for a little while, you were still watching TV?

Page 421 Line 14 (A) RIGHT

Page 421 Line 20 (Q) You were turning channels?

Page 421 Line 21 (A) YES

Page 421 Line 22 (Q) But, you weren't crying then, were you?

Page 421Line 23 (A) RIGHT

Page 421 Line 24 (Q) You were just watching TV

Page 421 Line 25 (A) RIGHT

Cause No. 414236

The State of Texas Vs. Anna/Robert/Felicia—Excerpt testimony of Sara/ Michael

Cross- Examination by Ms. Johnson

Page 128 Line 14 (Q) When she came home Sunday at 6:00 p.m. , I think it's October the 7th—please bear with me—yes, on October 7th, was she walking bent over?

Page 128 Line 17 (A) NO, ma'am, she wasn't.

Page 128 Line 18 (Q) Did she appear to have a pain in her side, either the right or left?

Page 128 Line 20 (A) When I opened the door she ran into my arms and grabbed me around my waist. She was just crying.

**Go back up to page 421 Line 22**

Page 128 Line 22 (Q) All Right

Page 128 Line 23 (A) And as I held her I could feel like she was ice cold and shaking and I didn't understand. Ricky was trying to explain to me she was upset about a book.

**For some reason they build this case using this book**

Page 50 Line 18 question by Knight (Q) All right, And when she returned to your home, did you have a conversation with her?

Page 50 Line 20 (A) YES, sir, I did

Page 50 Line 21 (Q) Did she indicate to you that she had something to tell you?

Page 50 Line 23 (A) YES, sir, she did

Page 50 Line 24 (Q) All right. Did she appear—how did she appear as she told you about what or began to tell you what she had to tell you?

Page 51 Line 2 (A) Well, when she came in she was very upset and she came into the back room where I was lying down in my room and I asked her again what had happened the weekend before and why she as so upset about this book.

Page 51 Line 8 (A) She just started crying. I proceeded on talking to her and I asked her had she been doing any digging and she just started to cry, started crying and I knew, then she said yes, really everything, and I asked her with who and she said her father and then she proceeded to tell me the names of the friends, her father's friends that also done these things to her.

Page 51 Line 16 (Q) Did she tell you whether or not her father and the friends, that she named had been digging on her on Saturday, October the 6th?

Ms. Johnson: I object to that, your Honor, as leading the witness.

The Court: Overruled, counselor.

Direct –Examination by Knight

Page 31 Line 17 (Q) Did you question her about what had occurred at her father's house the previous two days?

Page 31 Line 19 (A) Yes, sir, I did.

Page 31 Line 20 (Q) All right. And what did she tell you had happened?

Page 31 Line 21 (A) She said nothing, nothing mama.

Page 31 Line 22 (Q) But you knew better, didn't you?

Page 31 Line 23 (A) Yes, sir.

Ms. Johnson: Objection, Your Honor. He's leading witness.

The Court: Sustained.

Page 32 Line 2 by Knight (Q) After you questioned her that night, how long did you question her?

Page 32 Line 4 (A) I talked to her while I was washing her hair and I was asking her what did she do over the weekend, did she have a nice time and did she ride her bike ad I was trying to find out what did happen during the time that she spent with her father and she said **I didn't do anything, mama, nothing happened, mama,** and I proceeded on washing her hair. I seen that she was upset.  She didn't want to talk about it. She was getting angry and after I finished washing her hair, I  fed her and she went out to sleep.

Page 32 Line 14 (Q) **The following day which would have been Monday, October the 7th—pardon me—the 8th, did you again question Nicole about what had occurred the previous weekend?**

Page 32 Line 18 (A) Yes, sir, I did.

Page 32 Line 19 (Q) Did she still appear upset to you?

Page 32 Line 20 (A) Yes, sir.

Page 32 Line 21 (Q) And did she give you any answers?

Page 32 Line 22 (A) No, sir.


Now read statement below Cross Examination questions by Mr. Jackson

**Cause No. 414239**

The State of Texas Vs. Donald/Richard

Page 437 Line 10 (Q) Do you remember that you were asked a question as to when you told your mother after returning from your father's house about what happened over there?  Do you remember that you told her, you said that you had----

Mr. Knight:  Excuse me, Your Honor.  He is not laying the proper predicate.

Mr. Jackson:  I am simply trying to get and understanding.

Page 437 Line 19 (Q) Nicole, do you remember that you were asked a question before---

Page 437 Line 21 (A) NO

Page 437 Line 22 (Q) ---as to when you told---
Page 437 Line 23 (A) NO
Page 437 Line 24 (Q) You do not remember that?
Page 437 Line 25 (A) RIGHT
Page 438 Line  1 (Q) All right.  How long did it take before you told your mother about this?
Page 438 Line  3 **(A) It was the second day I told my mother.**
Page 438 Line  4 (Q) You told her on the second day? Okay. Did she ask you any questions the third day?
Page 438 Line  6 (A) NO
Page 438 Line  7 (Q) And she still didn't ask you any questions about the fourth day?
Page 438 Line  9 (A) NO.

Mr. Knight: Excuse me.  For the sake of clarification, I would ask that the first day, second day, third day from what, from the day of the assault or from the first day or – I would just ask that he clarify this for my benefit.

Mr. Jackson: Your Honor, I made it very clear to the child. The day that he arrived at home was a Sunday.

Page 438 Line 18 by Mr. Jackson (Q) All right. Do you remember when you arrived at home on Sunday?
Page 438 Line 20 (A) YES
Page 438 Line 21 (Q) That would have been the first day, wouldn't it?
Page 438 Line 22 (A) YES
Page 438 Line 23 (Q) **And then next day would have been the second day and that's when you said  that you told Your mother; is that right?**
Page 439 Line 1 (A) **YES**

Page 439 Line 2 (Q) Do you understand when I say first, second, third and fourth day?

Page 439 Line 4 (A) NO

Page 439 Line 5 (Q) All right. Okay. If the first day was on a Sunday, the second day would have been Monday; is that correct?

Page 439 Line 8 (A) All right.

Page 439 Line 9 (Q) The third day would have been Tuesday?

Page 439 Line 10 (A) Right.

Page 439 Line 11 (Q) And the fourth day would have been Wednesday, wouldn't it?

Page 439 Line 13 (A) Right.


Now Read The State of Texas Vs. Anna/Robert/Felicia—Excerpt testimony of Sara Birden/Michael Birden

**Cause No. 414236**

Page 31 Line 17 (Q) **Did you question her about what had occurred at her father's house the previous two days?**

Page 31 Line 19 (A) **YES, SIR, I DID.**

Page 31 Line 20 (Q) All right. And what did she tell you had happened?

Page 31 Line 21 (A) She said nothing, nothing mama.

Page 31 Line 22 (Q) But, you knew better, didn't you?

Page 31 Line 23 (A) YES, Sir.


Ms. Johnson: Objection, Your Honor. He's leading the witness.


Page 32 Line 14 (Q) The following day which would have been Monday, October the 7th—pardon me—the 8th, did you again question Nicole about what had occurred the previous weekend?

Page 32 Line 18 (A) **YES, SIR, I Did.**

Page 32 Line 19 (Q) Did she still appear upset to you?

Page 32 Line 20 (A) Yes, Sir.

Page 32 Line 21 (Q) **And did she give you any answers?**
Page 32 Line 22 (A) **No, Sir.**
Page 32 Line 23 (Q) When did these inquiries take place?
Page 32 Line 24 (A) When I was taking her to school.
Page 32 Line 25 (Q) Okay.  On Monday afternoon, once again the 8th, did you---after school did you again ask her what had occurred the previous weekend at her father's house?
Page 33 Line 3 (A) Yes, sir, I did.
Page 33 Line 4 (Q) Was she still upset?
Page 33 Line 5 (A) YES, She was.
Page 33 Line 6 (Q) **Would she answer you?**
Page 33 Line 7 (A) **No, Sir, She Didn't.**

**On December 5, 2003 , Audrey Rife, a licensed Private Investigator spoke with Rickey Nicole Mimms at 1350 Greens Parkway, #1003, Houston, Texas 77067.**

**Upon learning Rife's objective for the meeting, Mimms began crying and ultimately claimed her father and the other defendants convicted in the Aggravated Sexual Assault which involved her as a child victim in 1985, were not guilty. Furthermore, Mimms confessed that it was the babysitter son who sexually molested her and not her father. Sallie Shelton Birden kept insisting that it was her father Ricky Mimms.**

**The audiotape was transcribed. So on page 7 of the affidavit of Private Investigator Audrey Rife the victim stated :   My momma just said it was him, my daddy. And I kept telling her it wasn't and I cried.  She just kept saying it was, so then I just........(crying)**

**Please listen to the victim recanted statement on : You Tube-Wrongly Convicted Confession-Just Injustice (touch on eagle)**

**Page 6 Nicole stated "It was my fault, I just….you have to believe me, my daddy didn't do it. I don't my daddy did it. I know who did it.**

## Cause No. 414239

The State of Texas Vs. Donald/ Richard
Direct Examination questions by Mr. Knight
Page 380 Line 2 (Q) Do you remember the day that your dad picked you up the last time that you went to his house, do you remember if he picked you up in the morning or afternoon or was it in the middle of the day?
Page 380 Line 7 (A) It was in the afternoon
Page 380 Line 8 (Q) Okay. Was it right about lunchtime or do you remember?
Page 380 Line 10 (A) It was right about Lunchtime.

## Cause No. 412307

State of Texas Vs. Ricky Mimms
Page 101 Line 23 (Q) Okay. She told you about it Tuesday night and you took her to the hospital Wednesday, October the 10th.

## Cause No. 414236

State of Texas Vs. Anna/Robert/Felicia
Page 137 Line 13 question by Ms. Johnson (Q) What time did she tell you this on Tuesday?
Page 137 Line 14 (A) In the evening when she got home from school.
Page 137 Line 15 (Q) About 3:00 o'clock?
Page 137 Line 16 (A) Around about 2:30 or 2:40 on Tuesday?
Page 137 Line 17 (Q) All right. About 2:40 on Tuesday?

**Note please :  Sara makes this below statement**
Page 123 Line 17 (A) She told me that she had been digging with her father and she had been digging with her father's friends and she named the people and **I proceeded to ask her what happened to her when she left from the house and she told me she went to the store and she got a pickle** and once she went to Ricky's house, she got there and Felicia and Anna—
**PLEASE NOTICE NICOLE SAYS WHEN SHE WENT TO RICKY HOUSE**
Let's revert back now to Cause No. 414236 –Excerpt testimony of Nicole
Page 9 Line 25 (Q) **Do you remember when you brought the pickle and you** drove to Ricky's house, your dad Ricky mimms—
Page 10 Line 2 (A) YES
Page 10 Line 3 (Q) And you were with Robert and Ricky?
Page 10 Line 4 (A) YES
Page 10 Line 5 (Q)  So we know that Robert and Ricky are there. Who else was there that you can remember?
Page 10 Line 7 (A) Felicia, Anna and Ebony.
Page 10 Line 8 (Q) Okay. After you first arrived was there a time when Marvin Coleman, and Richard Haynes came to that house? Do you remember them coming to Ricky's house?
Page 10 Line 12 (A) YES.
Page 10 Line 13 (Q) Okay.  They arrived after you arrived though, right?

   **Mr. Seiber:  Your Honor, I object to Mr. Knight basically testifying and having the child agree or disagree with him.  The idea is to elicit the child's responses.**
   **Mr. Knight:  Your Honor, I would ask Mr. Seiber to give his objection rather than a jury argument.**
            **The Court:  Make your objection.**
            **Mr. Seiber:  I apologize. I object in that Mr. Knight's questions are leading and suggestive.**

**The Court:  Don't lead and suggest.**

Page 11 Line 2 by Mr. Knight (Q) So if I understand your correctly, Nicole, when you arrived at your dad's sometime around noon, the people that were there were you, Ricky, Robert, Anna, Felicia and Ebony:  is that right?

Page 11 Line7 (A) RIGHT.

Page 11 Line 8 (Q) And then Marvin and Richard came, is that right?

Page 11 Line 9 (A) YES, RIGHT

Cause No. 412307

Now Direct Examination (Robert Gildon) question by Ms. Davis—

Page 430 Line 20 (Q) Were you there at any time during the day on Saturday, October the 6th of 1984?

Page 430 Line 22 (A) Yes, ma'am

Page 430 Line 23 (Q) Who else was there during that day?

Page 430 Line 24 (A) You mean all day while I was there?

Page 430 Line 25 (Q) Let's start out in the morning. In the morning, who was there when you first woke up?

Page 431 Line 2 (A) Ricky, Felicia, Ebony, Anna and myself.


**\* I see why pickle came into play. Nicole went along with mother statement**




Excerpt testimony of Nicole Mimms------Robert/Anna/Felicia-


Page 11 Line 24 (Q) And when you went inside the house, Nicole was Ebony inside the house? (A) YES

Page 58 Line 6 (Q) When you found out that Ricky was going to have a birthday party that day, when did you find that out?
Page 58 Line 8 (A) When I heard all the the noise?
Page 58 Line 9 (Q) You heard all the noise?
Page 58 Line 10 (A) YES
Page 58 Line 11 (Q) When was that
Page 58 Line 12 (A) When I got in the bed.
Page 58 Line 13 (Q) When you got in the bed?
Page 58 Line 14 (A) YES

Cause No. 412307
State of Texas vs. Ricky Mimms---------Volume IV
Cross-Examination
Questions by Mr. Knight
Page 493 Line 14 (Q) okay. And as a matter of fact, Ebony, the last time that Nicole came over there you went out in the yard and played with Keisha and Cynthia and Tracy and Tequila at different times in your front yard, but Nicole stayed inside the house with the adults?
Page 493 Line 19 (A) NO

Re-cross Examination
Questions by Mr. Knight
Page 496 Line 20 (Q) Ebony, I have two questions. You played outside during the daytime, didn't you, Ebony?
Page 496 Line 23 (A) YES

Redirect questions by MS. Davis
Page 495 Line 7 (Q) Tell me about that party. Tell me what you remember about it.
Page 495 Line 9 (A) Well, I remember me and my little sister, we was dancing and then everybody got into the living room and my father told me that it was time for us to go to bed.

**October 1984**
6- ---Saturday  Ricky picked Nicole up from apt.
7-----Sunday  returned home
8-----Monday went to School ?
9-----Tuesday???????????????
10----Wednesday took Nicole to Texas Children Hospital

Cross-Examination

Questions by Mr. Knight

Page 505 Line 25 (Q) and she returned from this defendant's house on October the 7th, 1984, didn't she?

Page 505 Line 2 (A) YES, that is correct.

Page 506 Line 24 (Q) As a result of the conversation that you had with your wife, Sarah, on the evening of October the 7th, did you say anything to Nicole the next day, October the 8th, Monday?

Page 507 Line 3 (A) YES, I did.

Page 507 Line 4 (Q) What did you say to her?

Page 507 Line 5 (A) I picked her up from school every day at 2:30; I just discussed with Nicole about being a family unit and not keeping secrets and be open with her parents and respecting us and all of us being together as a unit, and Nicole started to cry in the car. " HE say started to cry"

**PLEASE READ KEEPING DATES IN MIND**

Page 507 Line 23 (Q) Okay. When you returned home from work—I quess that it would be Tuesday, October the 8th—did you talk to Sarah about her conversation with Nicole after you dropped her off?

Page 508 Line 2 (A) yes, sir, but Sarah called me at the job. She was really disturbed and upset. She wanted to take Nicole to the---

**Cause No. 414236**

State of Texas vs. ANNA/ROBERT/Felicia

Excerpt testimony of Sarah/Michael

Page 42 Line 17 (Q) I want to direct your attention to the date of October 9th of 1984 and ask you, Mr. Birden, if you had occasion at approximately 2:30 to pick up Nicole Mimms at Herod Elementary School?

Page 42 Line 21 (A) YES

Page 44 Line 5 (Q) okay. Between the time that you picked her up and she got in the car with you and the time that you arrived back in the apartment did you talk with her?

Page 44 Line 8 (A) YES, we had a conversation.

Page 44 Line 9 (Q) okay. And would explain what was said during that conversation?

Page 44 Line 11 (A) I talked to Nicole about keeping secrets from mom and I talked to her about being truthful with her parents and that she shouldn't keep any secrets from anyone. We knew there was something wrong by the way that she was acting.

Page 44 Line 16 (Q) okay. What did Nicole tell you?

Page 44 Line 17 (A) Well, she said that she wasn't going to keep any secrets anymore. She was going to be truthful with us. By this time I had arrived at the house and she was almost in tears. **Now he says "almost in tears"**

**Cause No. 414236**

The State of Texas vs. Anna/Robert/Felicia----Excerpt testimony of Nicole

Cross- Examination question by Mr. Seiber

Page 56 Line 8 (Q)  Do you remember where Ebony was in the house?

Page 56 Line 9 (A) YES

Page 56 Line 10 (Q) Where was she?

Page 56 Line 11 (A) She walked in her room and was playing.

**Cause No. 414239**

The State of Texas vs. Donald Thompson/ Richard Haynes

Direct Examination---Questions by Mr. Knight

###Now Nicole says:

Page 382 Line 22 (Q) Did you see Ebony Young when you first arrived?

**Page 382 Line 23 (A) She was outside. (here Nicole says she was outside)**

**Page 383 Line 12 (Q) And she was outside playing when you arrived; is that correct?**

**Page 383 Line 14 (A) RIGHT**

**Page 383 Line 15 (Q)  When you arrived at your dad's house, Nicole, did you get out of the car and go inside the house, or did you stay outside?**

**Page 383 Line 18 (A) I went from the car and went in the house and I put up my bag.**

**Page 383 Line 20 (Q)  Okay. And were all the people that you named earlier except Ebony inside the house when you went in and put up your bag?**

**Page 383 Line 23 (A) Would you repeat that again?**

**Page 383 Line 24 (Q) Sure.  Do you remember all the people that you told me were present just a minute ago when you arrived, do you remember Robert, Richard, Marvin, Ricky, Anna and Felicia?**

**Page 384 Line 3 (A) RIGHT**

**Page 3884 Line 4 (Q) Okay. When you went inside the house after you first arrived, did all of those people go inside the house and stay inside the house when you went in?**
**Page 384 Line 7 (A) YES**
**Page 384 Line 8 (Q) Okay. But Ebony was outside, right?**
**Page 384 Line 9 (A) RIGHT**

**Now on Donald/Marvin on Cross Examination by Mr. Jackson**
        **Cause No. 414239**
Page 429 Line 17 (Q) Okay. And do you remember when you first went over to your father's house on October 6th, do you remember that there were people over there?
Page 429 Line 20 (A) YES
Page 429 Line 21 (Q) Do you remember that some of those people came after you got there? For instance, didn't Richard come after you had been there already?
Page 429 Line 24 (A) I don't know. I don't remember.
Page 429 Line 25 (Q) You don't remember?
Page 430 Line 1 (A) NO
Page 430 Line 2 (Q) Okay. Did Donald come over there while you were there?
Page 430 Line 4 (A) He didn't come over there.
Page 430 Line 5 (Q) Okay. Do you remember if Richard and Marvin came over there at the same time that your father arrived or were you there before Richard and Marvin got there? Just think about it a little bit.
Page 430 Line 9 (A) I was there before Richard and Marvin got there.
Page 430 Line 10 (Q) Okay. So when you got there Richard and Marvin were not there?
Page 430 Line 12 (A) They were already there.
Page 430 Line 13 (Q) Okay. Now, let's take our time. Which one is it ? Where they there or did they come later?

Page 430 Line 15 (A) They were already there.

Page 430 Line 16 (Q) Okay. They were already there?

Page 430 Line 17 (A) YES.

Page 430 Line 18 (Q) Okay. How do you remember that they were already there?

Page 430 Line 20 (A) Because when I came there I saw them there.

Page 430 Line 21 (Q) Who did you see?

Page 430 Line 22 (A) I saw Anna, Robert, Richard, Marvin----

Page 430 Line 23 (Q) Do you remember what Richard was doing at that time?

Page 430 Line 24 (A) Uh-huh.

Page 430 Line 25 (Q) Do you remember what Anna was doing at that time?

Page 430 Line 431 (A) **No. I don't know. I don't remember what any of them were doing at that time.**

**Now Nicole says on Direct Examination –question by Mr. Knight**
**Cause No. 412307**

Page 190 Line 22 (Q) When you got over to your dad's house, what were all those people doing that you just named?

Page 190 Line 24 (A) **Smoking and drinking.**

Page 190 Line 25 (Q) Do you remember what they were drinking?

Page 191 Line 1 (A) **YES.**

Page 191 Line 2 (Q) What were they drinking?

Page 191 Line 3 (A) **Beer.**

Now going back to Donald/Marvin–Cross Examination question by Mr. Johnson
Cause No. 414239

Page 431 Line 3 (Q) When you first got there did you go out to play? Do you remember after you put your bag down did you go out to play?

Page 431 Line 6 (A) No. I went inside and watched TV.

Page 431 Line 7 (Q) You sat down and watched TV?

Page 431 Line 8 (A) YES.

Page 431 Line 9 (Q) Do you remember how long you watched TV?

Page 431 Line 10 (A) No

Page 431 Line 11 (Q) Okay. Is that better? Okay. Now, when you were watching TV was anybody watching TV with you?

Page 431 Line 13 (A) No.

Page 431 Line 14 (Q) You were just sitting there by yourself? Was anybody else watching the TV with you?

Page 431 Line 16 (A) No.

Page 431 Line 17 (Q) Okay. So do your remember whether you saw a whole show before you went outside to play?

Page 431 Line 19 (A) A whole show?

Page 431 Line 20 (Q) What kind of a show were you watching? Was it cartoons?

Page 431 Line 22 (A) Yes, it was cartoons.

Page 431 Line 23 (Q) Did you see several different cartoons before you went outside to play?

Page 431 Line 25 (A) I only saw half of one cartoon.

Page 432 Line 1 (Q) And then you went outside to play?

Page 432 Line 2 A) No. My daddy called me into the room.

Cause No. 414236

The State of Texas vs. Anna/Robert/Felicia----Excerpt Testimony of Nicole
Direct Examination questions by Mr. Knight

Page 11 Line 24 (Q) And when you went inside the house, Nicole, was Ebony inside the house?

Page 12 Line 1 (A) YES

Page 12 Line 2 (Q) okay. Did Ebony stay inside the house or did she go outside after you came in?

Page 12 Line 4 (A) Daddy told Ebony to go outside?

Page 12 Line 5 (Q) okay. Who told Ebony to go outside?

Page 12 Line 6 (A) Ricky Mimms.

Page 12 Line 7 (Q) Okay. And you stayed inside; is that right?

Page 12 Line 8 (A) Right.

Page 12 Line 9 (Q) Okay. After you stayed inside for a while and after Ebony had gone outside after her dad told her to go outside and after Marvin and after Richard Haynes arrived, did your dad ever tell you to do anything?
Page 12 Line 14 (A) YES
Page 13 Line 20 (Q) Sure.  After your dad told you to take off your pants and after you did take off your pants, did the people that were present there, Ricky, Robert, Anna, Felicia, Marvin and Richard, did they do anything to you?
Page 13 Line 25 (A) **NO**

Page 8 Line 20 by Knight (Q) Okay.  Do you remember if it was in the morning or in the afternoon or right around noon?  Do you recall exactly the time of day that it was when you arrived at Ricky Mimms' house on Jorns street?
Page 8 Line 24 (A) Afternoon.
Page 8 Line 25 (Q) Was it close to noon or close to the late afternoon?
And by noon I mean 12:00 o'clock when you normally eat lunch.
Page 8 Line 3 (A) It was close to noon.
Page 8 Line 4 (Q) okay. Did you go—when you left your house to go to Ricky Mimms' house and you were in the car with Ricky Mimms and Robert, **did you stop anywhere between your apartment where you live with your mom and dad and Ricky Mimms' house?   (this is trick question)**
Page 8 Line 9 (A) **YES**
Page 8 Line 10 (Q) All right. Where did you stop?
Page 8 Line 11 (A) At the store.
Page 8 Line 12 (Q) And did you go buy something at the store?
Page 8 Line 13 (A) **YES**
Page 8 Line 14 (Q) What did you buy at the store?

Page 8 Line 15 (A) **pickle. Remember Sara said Page 123 Line 17 (414236) Now want to show you who was at Ricky when she arrived from transcripts**
Page 9 Line 19 (Q) All right When you got to Ricky Mimms' house, do you recall the people that were present there inside the house? Do you remember their names?
Page 9 Line 22 (A) Would you please repeat that over again?
Page 9 Line 23 (Q) okay. Sure.
Page 9 Line 24 (A) I didn't understand.
Page 9 Line 25 (Q) Do you remember when you bought the pickle and you drove to Ricky's house, your dad Ricky Mimms---
Page 10 Line 2 (A) YES
Page 10 Line 3 (Q) And you were with Robert and Ricky?
Page 10 Line 4 (A) YES
Page 10 Line 5 (Q) So we know that Robert and Ricky are there. Who else was there that you can remember?
Page 10 Line 7 (A) **Felicia, Anna and Ebony.**
Page 10 Line 8 (Q) okay. After you first arrived was there a time when Marvin Coleman and Richard Haynes came to that house? Do you remember them coming to Ricky's house? **(remember this )**
Page 10 Line 12 (A) **YES**
Page 10 Line 13 (Q) okay. They arrived after you arrived though, right?

Mr. Seiber: Your Honor, I object to Mr. Knight basically testifying and having the child agree or disagree with him. The idea is to elicit the child's responses.

Mr. Knight: Your Honor, I would ask Mr. Seiber to give his objection rather than jury argument.

Mr. Seiber: I apologize. I object in that Mr. Knight's questions are leading and suggestive.

●

Page 11 Line 2 (Q)  **So if I understand your correctly, Nicole, when you arrived at your dad's sometime around noon, the people that were there were you, Ricky, Robert, Anna, Felicia and Ebony; is that right?**
Page 11 Line 7 (A) **RIGHT**
Page 11 Line 8 (Q) **And then Marvin and Richard came; is that right?**
Page 11 Line 9 (A) **YES, RIGHT**

● **Now Nicole says :**
**Cause No. 414239**
**The State of Texas vs. Donald/Richard**
**Direct Examination by Mr. Knight**
Page 381 Line 12 (Q) Okay. After you got the pickle where did you all go then.
Page 381 Line 14 (A) We went to Ricky Mimms' house.
Page 381 Line 15 (Q) okay. And when you got to your daddy's house, Ricky Mimms' house, do you remember the persons that were there when you arrived?
Page 381 Line 18 (A) YES
Page 381 Line 19 (Q) okay. Who was present at your dad's house, Ricky Mimms' house when you arrived?
Page 381 Line 21 (A) It was Anna, Felicia, Richard, Donald and Robert.
Page 381 Line 22 (Q) okay. When you say Donald, are you talking about Donald Thompson? Was he there when you arrived or do you remember?
Page 381 Line 25 (A) Donald wasn't there.
● **Knight made sure she not include Donald.**

Page382 Line 1 (Q) okay. Who was there?

Mr. Jackson: I object to the manner in which counsel –may we approach the bench, Your Honor?

(At this time all counsel at bench out of the hearing of the court reporter and jury.)
Page 382 Line 8 (Q) Nicole, think about when you first arrived at your dad's house. Do you remember the people who were present when you first arrived? And think about it for a little bit, if you have to.
Page 382 Line 12 (A) YES

**Page 382 Line 13 (Q) okay. Would you tell the ladies and gentlemen of the jury, the people that you remember being at your dad's house when you first arrived?**
**Note\*\*\*Remember Page 11 Line 2—Cause No. 414236**
Page 382 Line 16 (A) Anna, Felicia, Marvin, Robert, Richard and that's all.
Page 382 Line 18 (Q) okay. And of course your dad Ricky was with you?
Page 382 Line 19 (A) YES
Page 382 Line 20 (Q) And Robert was with you?
Page 382 Line 21 (A) YES

**The First trial was of the Father (Ricky Mimms) January 22, 1985**
**Cause NO. 412307**
Direct Examination by Mr. Knight
Page 189 Line 12 (Q) When you got over to Ricky Mimms' house, did you go over there in his car with him?
Page 189 Line 14 (A) It was his brother's car.
Page 189 Line 15 (Q) Was he driving it, Ricky Mimms driving it?

Page 189 Line 16 (A) YES

Page 189 Line 17 (Q) Was anyone with you and Ricky Mimms in the car when you went from your mother, Sarah's house over to Rickky Mimms' house?

Page 189 Line 20 (A) YES

Page 189 Line 21 (Q) Who else was in the car?

Page 189 Line 22 (A) Robert.

Page 189 Line 23 (Q) Do you know Robert's last name?

Page 189 Line 24 (A) NO

Note Please Mr. Knight never ask about a stop. Remember this 1st. trial

Page 189 Line 25 (Q) Okay. When you got over to your dad's house, do you remember the day of the week that it was? It wasn't a school day, was it?

Page 190 Line 3 (A) NO

Page 190 Line 4 (Q) It was a weekend day, wasn't it?

Page 190 Line 5 (A) RIGHT

Page 190 Line 6 (Q) **When you got over to Ricky Mimms' house** on the last time that you went over there, do you remember the other people that were the house?

Page 190 Line 9 (A) YES

Page 190 Line 10 (Q) Do you remember their names?

Page 190 Line 11 (A) YES

Page 190 Line 12 (Q) Would you tell the ladies and gentlemen of the jury the names of the other people that were there at the house there at Ricky Mimms' house?

Page 190 Line 15 (A) YES

Page 190 Line 16 (Q) **Okay. Do you remember them all?**

Page 190 Line 17 (A) Anna, Robert, Richard, Marvin and Felicia.

Page 190 Line 18 (Q) Donald Thompson wasn't there, was he?

Page 190 Line 19 (A) RIGHT

Page 190 Line 20 (Q) But you saw Donald later that day, didn't you?

Page 190 Line 21 (A) YES.

Page 191 Line 24 (Q) Okay. Nicole, when you got over there to your daddy's house and all the people were sitting in there smoking and drinking, what room were they smoking and drinking in mostly?

Page 192 Line 3 (A) The Kitchen.

Page 192 Line 4 (Q) Okay. Were they in the living room some, too?

Page 192 Line 5 (A) YES.

Page 192 Line 6 (Q) Okay. All right. And, when you got there, did your daddy ask you to do anything? Did Ricky Mimms ask you to do anything?

Page 192 Line 9 (A) YES

**Please remember Page 246 Line 19 Cause No 412307 Knight said (2:00 or 3:00 (revert back to page 2)**

Page 192 Line 10 (Q) **After you had been there a little while**, did he ever come up to you or yell from across the room and tell you to do anything in regards to your clothes? You want to take a sip of water, Nicole? Did your daddy tell you to take off your clothes that day, Nicole?

Now let's go to----STATE OF TEXAS VS. RICKY MIMMS

### Cause No. 412307

Direct Examination questions by Ms. Davis

Page 215 Line 7 (Q) Would you state your name for the record, Mr. Mimms?

Page 215 Line 8 (A) Ricky Wayne Mimms.

Page 215 Line 9 (Q) Are you in any way related to the complaining witness in this case, Nicole Mimms?

Page 215 Line 11 (A) YES

Page 215 Line 12 (Q) Are you aware of the allegations that she has made against you so far?

Page 215 Line 14 (A) YES

Page 215 Line 15 (Q) So you understand that she has indicating and charging that you along with probably others have sexually abused her on at least one occasion?

Page 215 Line 18 (A) Yes, I am aware of that.

Page 215 Line 19 (Q) Do you recall what you did on October the – excuse me, October 6 of 1984?
Page 215 Line 21 (A) YES
Page 215 Line 22 (Q) Would you describe what happened to you on the morning of October the 6th of 1984?
Page 215 Line 24 (A) About round 11:00 o'clock a buddy of mine, Robert Gildon and I proceeded over to Sarah's house to pick up Nicole. When we got there it was about 15 minutes to 11:00 . It's a 15 –minute drive there ad back. We picked up Nicole and brought her back to the house. My wife was cleaning up and some friends of mine came over—

Mr. Knight: Objection, Your Honor, to the narrative.

The Court: All right.

Page 216 Line 9 (by Ms. Davis) Would you describe in detail indicating step by step what happened, not as if you were telling a story, but just—I don't know if the prosecutor wants you to say number one, number two or whatever—

Mr. Knight: Excuse me. I would like for her to ask the questions and he answer them. I would object to that question calling for a narrative.
The Court: YES

Page 216 Line 19 by Ms. Davis (Q) Once you took Nicole over to your house what did you do?
Page 216 Line 21 (A) We played cards.
Page 216 Line 22 (Q) Who was present when you played cards with her?
Page 216 Line 23 (A) My wife, Robert, Anna, Marvin and Richard.
Page 216 Line 24 (Q) About what time of the day was this?
Page 216 Line 25 (A) That was about 1:00 o'clock.

Page 217 Line 1 (Q) Did you remain at the house then?

Page 217 Line 2 (A) Yes, until 2:00.

Page 217 Line 3 (Q) What did you do at 2:00 o'clock?

Page 217 Line 4 (A) Well, around 2:00 o'clock I got dressed and we all went over to Donald house.

Page 217 Line 6 (Q) Who went with you ?

Page 217 Line 7 (A) Me and Robert, Anna and Nicole.

Now Direct Examination by Ms. Davis—Robert Gildon

**Cause 412307**

Page 436 Line 1 (Q) And then you left with Ricky about the time tht Marvin got there; right?

Page 436 Line 3 (A) NO

Page 436 Line 4 (Q) Well, on direct examination you said that's when you took him out of the house is when Marvin and Richard got there. Were you wrong or did I misunderstand it or something like that?

Page 436 Line 8 (A) You misunderstood.

Page 436 Line 9 (Q) How long were you there after Richard and Marvin got there before you took Ricky out of the house?

Page 436 Line 11 (A) How long was Marvin and Richard there before me and Ricky left?

Page 436 Line 13 (Q) YES

Page 436 Line 14 (A) I guess they stayed and we played cards, so I guess about an hour and a half or so.

Page 436 Line 16 (Q) It's about---you and Ricky left about 1:30 ; right?

Page 436 Line 17 (A) No, because we set round  while because my wife wanted to get something to eat, and I had to get Ricky out of the house, so she got mad at me because I didn't take her to go eat before we left.

Page 436 Line 21 (Q) Well, you say that you stayed an hour or two hours is what you said on direct examination?

Page 436 Line 23 (A) That is correct.

Page 436 Line 24 (Q) Mr. Gildon, so that's going to put it sometime around 2:00 o'clock when you left with this defendant from the Jorns street address; is that right or is it not right?

Page 437 Line 3 (A) I'm not real sure about the time. That seems about right.

Page 437 Line 5 (Q) Thank you. And then you went directly where?

Page 437 Line 6 (A) To Donald Thompson's home.

**Page 437 Line 7 (Q) Okay. So that gets you over to Donald's around 2:00 o'clock. And Nicole was with you. Did Richard and Marvin follow you to Donald's house or not?**

Page 437 Line 10 (A) No, they left before we did.

Page 437 Line 11 (Q) They left the Jorns street address before you did?

Page 437 Line 12 (A) RIGHT

**Now let go to the Cross Examination questions by Mr. Knight**
**Page 3**
STATE OF TEXAS VS. RICKY MIMMS. (STARTS ON PAGE 229) Page 3

Page 234 Line 8 (Q) So you got over there about 11:00 o'clock and you came back and played cards. We already know Robert and Anna and all the folks that were there. You stayed until 1:00 and went over to Donald's house, right? You took Nicole?

Page 234 Line 13 (A) You are wrong about staying until 1:00.

Page 234 Line 14 (Q) Or until 2:00 , pardon me?

Page 234 Line 15 (A) Around 2:00 o'clock.

Page 234 Line 16 (Q) Then you went to Donald's house, didn't you?

Page 234 Line 17 (A) YES.

Page 234 Line 18 (Q) And you took Nicole with you?

Page 234 Line 19 (A) YES. Well, I didn't actually take her. She got in the car. I didn't deny her not to go.

Page 234 Line 21 (Q) So Nicole went over to Donald's house like she testified on the stand, didn't she?

Page 234 Line 23 (A) YES.

Now let's skip down to page 245 at bottom of page.

Page 245 Line 22 (Q) Okay. Thank you. Did you ever see Nicole crying that evening, Mr. Mimms?

Page 245 Line 24 (A) She cried when we pulled into the parking lot of her mother's house because she had left a book when she left.

Page 245 Line 2 (Q) That was a green book, it had a green cover?

Page 245 Line 3 (A) No, it had no cover.

Page 245 Line 4 (Q) The name of the bood was My Little Green Book, wasn't it?

Page 245 Line 6 (A) I don't remember the name of the book.

Page 245 Line 7 (Q) As a matter of fact when you got over to the house you took that book from her and threw it away and said you won't need this anymore?

Page 245 Line 10 (A) No, we still have the book.

Page 245 Line 11 (Q) Didn't she start crying when you told her that she wouldn't need that book anymore?

Page 245 Line 13 (A) She started crying because she thought that her mother would whip her for forgetting to bring the book home.

Page 245 Line 16 (Q) That is when you told her to take off her clothes, isn't it, Mr. Mimms?

Page 245 Line 18 (A) NO, it is not.

Page 245 Line 19 (Q) About 2:00 or 3:00 in the afternoon you told her to take off her clothes and lay down on the floor, didn't you?

Page 245 Line 22 (A) NO

-Let's remember they testified to being at Donald house.-

# APPENDIX 1

## Affidavit of Private Investigator Audrey Rife

### And

## Transcript and Notes Produced by Audrey Rife
of Audrey Rife's Audiotaped December 5, 2003 Meeting with the Complainant

STATE OF TEXAS                          §
                                        §
COUNTY OF MONTGOMERY                     §

**AFFIDAVIT OF AUDREY RIFE**

Before me, the undersigned, appeared Audrey Rife, who on this date swore and subscribed to the following:

**I.**

"My name is Audrey Rife. I am a licensed private investigator in the State of Texas. I am over the age of 18, of sound mind, and otherwise competent to make this affidavit. The information I state in this affidavit is within my personal knowledge unless I state otherwise."

**II.**

"In 2003, Attorney Sean Buckley contacted me in reference to his client, Donald Thompson. Mr. Buckley reviewed with me the facts of Mr. Thompson's case, along with the facts of Mr. Thompson's co-defendant's cases. Mr. Buckley explained that Mr. Thompson and his co-defendants were convicted in 1985 of raping a 6 year-old girl named Nickcole Mimms. I understood that the men nevertheless maintained their innocence. Mr. Buckley instructed me to seek out and interview the complainant and determine what she had to say about the offense. Mr. Buckley instructed me to wear a concealed recording device when dealing with the subject."

**III.**

"I located Nickole Mimms and on December 5, 2003, I initiated contact with her at 1350 Greens Parkway #1003, in Houston, Texas 77067. I brought up the subject of Nickcole's father Ricky Mimms and the other men to see what she would say. During my interaction with Nickcole Mimms, she became highly emotional and made the following admissions:

1.      Ricky Mimms and "the other men" didn't sexually assault her;
2.      Nickcole was sexually assaulted by the teenage son of "Ms. Mary," a woman who kept the complainant from time to time;
3.      Nickcole's mother, Sarah Birden, never knew the truth. Not knowing the truth, Sarah Birden kept insisting to Nickcole that Ricky Mimms and the others were the ones who sexually assaulted Nickcole.
4.      Nickcole is scared that she or her mother will get in trouble. Nickcole is afraid of whether coming forward will jeopardize her own children in some way.

I successfully recorded the conversation. I have included a copy of the original audio recording with this affidavit. The tape truly and accurately represents the conversation it depicts. I have marked the tape "AR/RNM" for identification. Following my meeting with the subject, I generated a transcript of the audio recording with notes pertaining to what was going on during

different parts of the conversation. This transcript and the notes are a true and accurate representation of the conversation, to the best of my ability. I have attached a copy of my transcript and notes to this affidavit with my initials "AR" on each page."

## IV.

"I found Nickcole Mimms to be believable in her admissions to me for a number of reasons including her emotional state and her behavior when she made the admissions. In my experience as a private investigator, I have had ample opportunity to evaluate the truthfulness of subjects I interview in the course of my investigations."

FURTHER AFFIANT SAYETH NOT

_____
Audrey Rife

Sworn and subscribed before me, the undersigned, on this the 12th day of August, 2008

_____
Notary Public

BLAINE K. TUTTLE
MY COMMISSION EXPIRES
February 3, 2012

# TRANSCRIPT

On December 5, 2003, Audrey Rife, a licensed Private Investigator spoke with Rickey Nickole Mimms at 1350 Greens Parkway, #1003, Houston, Texas 77067. At the time Mimms resided there with her two children.

Upon learning Rife's objective for the meeting, Mimms began crying and ultimately claimed her father and the other defendants convicted in the Aggravated Sexual Assault which involved her as a child victim in 1985, were not guilty. Furthermore, Mimms confessed that she had told her mother that it was her baby sitter's son who sexually molested her and not her father. Mimms explained that although she told her mother that it was the bay-sitter's son, Mimms' mother, Sallie Shelton Birden kept insisting that it was her father Rickey Mimms.

The following is a transcription of the audio tape recording of the conversation between Audrey Rife and Rickey Nickole Mimms. Mimms infant son, Dewayne was also present.

AR:     December 5, 2003    (footsteps of AR walking to apartment)

AR:     Hi

RNM:  Hi

AR:     My delivery s a verbal one, of love hope and faith. May I come in?

RNM:  Yes.

AR:     (Saying Hi to toddler infant)  Hi, who are you? You're cute.
        My name is Audrey.  And that was a card (business card) I use.
        But also…and I don't want to startle you or anything.  (Toddler comes up
        and hugs AR)What's his name?

RNM: Dewayne

1

AR:   Hi Dewayne you love bundle. I have a ten year old that won't even love on me anymore. She thinks she is too big for her britches. That is only when she wants something. He's beautiful. Is that your only baby, ... you have?

RNM: No, I have a little girl. She is in school.

AR:   How old is she?

RNM: She's four.

AR:   Do they call you Rickey? Do you go by the name Rickey?

RNM: Rickey

AR:   Rickey, I am a private investigator and I was hired by your daddy's family. Your daddy, Rickey Mimms,..and we wanted to talk to you about you know they     have been in prison for a very long time. But if this bothers you or anything like   that....but again Rickey, he doesn't....he says he didn't do that. And all the other people that were accused of that claimed they didn't do it. And as a Private Investigator, well let me explain, I have been in business for about sixteen years   and I do a lot of  criminal work. When I reviewed the file and saw how at the end (of the trials) how they (District Attorney's office)  were kind of getting rid of the last few cases, as if they ...well I think, they made an error, too. And I met Donald Thompson; he's out on parole after sixteen years.  And ah...but you know, Mr. Thompson is a very big man and there would have been a lot more damage, if that had occurred.

Rickey, that family loves you and wants to know about you. And we're really kind of seeing if you can help with this situation.

But now, if this is bothering you, you know, you can think about it or you can get back with me. I am not here to pressure you at all.  (AR slightly chuckles due to the toddler crawling on AR)  Can I baby-sit? He's just adorable.

And I don't how....you know, well once you know we learned that you go by (the name) Rickey Mims. We thought there was some hope there, that because if you had been traumatized as it was alleged you certainly wouldn't be using that name. At least that's what...

RNM: That's my name. That's my name on my birth certificate. I didn't use it for a long time, but I had to when I started working I had to use it.

AR:     Uh-huh, I see, uh-huh. ....and I saw, you know I have done some research but I haven't poked into any personal things. I see how your mom and Mr. Birden has divorced. I saw that had been some violence in the home and such. They both had been charged with some ...and ah....I guess I am waiting for your response. Do you remember any of it, I mean can...ah ... or...do you feel comfortable with me,

RNM:   Well, really right now, I am in shocked. (Began crying)

AR:     I don't know what happened. And maybe you were led to believe that something happened. But there is a lot of people and four in particular that have lost their active lives over it. And there wasn't any physical evidence to prove it.

RNM:   (softly sobbing)

AR:     I don't' want to leave you like this. Do you mind if I sit closer to you? I don't know what happen.

RNM:   (inaudible) (telling her son not to touch AR's purse)

AR:     Oh, he can play with it there are only $2.00 in it. I mean if I am bringing up a bad memory, tell me to get out. Or...I am here as a go between, I have never met Mr. Mimms. You know this is what I do for a living. But I do it compassionately. (Paying attention to the toddler  again) Did you find the $2.00 can he play with these keys.

RNM: How did..you..?

AR:     How did I find you?

RNM: Yeah, (not crying anymore)

AR:     Well, again it was public information; you know there are ways to look up peoples addresses. And really I was hired after ah..there was a gal by the  name of Ms. Cook. She had recognized you when you worked at Chase Bank.    And she used to baby sit you, years ago, when you used to go over to your Dad's. Iris? I think you were about six years old at the time.

        And she (Iris) never spoke to you (at Chase Bank), she wanted to. But she  had noticed that you used... She did not look up your record (employment) or anything.. just had just heard through other employees  that you went by the name Rickey Mimms. Of course that touched her heart and got the ball rolling again. There's a of issues that the defendants, these four guys (meaning Rickey Mims, Richard Haines, Donald Thompson and Marvin Coleman, that were charged with (this). and then there were two women that were charged and

alleged to have done all these things (molestation of Rickey Nickole Mimms). It was the defense attorney and I think the prosecutor were both green at the time. And there were just a lot of things that didn't make sense. But uh, and your mom, I see her name used to be Sarah correct? She has changed it to Sallie, I saw that. Or she just goes by Sallie?

RNM: Sallie's her real name.

AR: On her real name. Oh I see, I have a grandma like that. In fact I have a grandmother, her name was Sarah Mable and she went by Mabel. I named my daughter, my daughter is adopted. I named her Sarah. But when I say I named her after her grandma, nobody understands because they knew her as Mabel.

You know I don't know what your life as a child was after that. I don't know the relationship you had with Mr. Birden, Michael. But you know, I'd love to, you know, kind of get into your heart and see what's up with all of this.

(Pause)

AR: (Do) they still call you Niki sometimes?

RNM: Sometimes.

AR: Well, I don't know which name to call you right now but ...did it happen?

RNM: I don't know (mumble) I don't know anything right now

AR: Well honey, I understand that and again let me just explain. I am not trying to plant anything in your head. I am not trying to do anything to harm you. Do you understand that? Do you believe me?

AR: Rickey? Do you believe that? Please I want you to know that I am a true person. I am a Christian and I am not here to harm you. I wouldn't do such a thing. I know, you now, it's a confusing thing.

AR: I can see Dwayne (toddler) looking at you..

RNM: (inaudible) (saying something to baby)

Dewayne: Hi

4

AR: And to explain, I don't know if you ever watch ah.. documentaries, criminal things and they find out that people are innocent...and you know I have a lot of experience in this...perhaps you were led to believe that (allegation of sexual molestation by father and friends) Perhaps...you know that happens really a lot with children. It happens with people with certain dysfunctions. You know, they get told and told so many times that that happened that they just grow up and believing it happened. You know I am not saying that's it, but there are some questions and because of the investigation and what I have read from the hearings and the court. There are some questions. You know even the medical doctor had claimed there was no evidence of six people penetrating you know, your (RNM) sexual organ, there was no evidence of that. There was some scarring. I don't' know if maybe the real culprit you k now had kind of instilled in your mind; you know to get if off him, I don't know. But I know that your Dad is a Christian and he is in prison.

RNM: I saw him on TV. (crying again)

AR: You saw him on TV? I don't' what he looks like. If's he's a handsome man, or, you know he's just kind of accepted the fact that he is there. But his brother and his family you know, none of those individuals ever had a criminal background (history). None of those individuals had records of a doing anything like that. One of the individuals has now become a minister in prison. And um...the other reason that it's become a factor, and I am shooting straight with you. Some of them are out on parole but their parole officer say "Well you got to admit to the crime", but still to this day they (defendants)won't admit to doing the crime. Because they didn't do it, they say.

So I, you know, it was thought... if you could help. If you can't help, or don't want to help, then I'll walk away. But know that they (defendants' families) love you and pray for you. They wish they could share part of your life. But you know, I know it hurts, and if I am just bringing up...you know, I don't want to do this.. I'm not going to leave until you stop crying.

RNM: (crying again)

AR: I know. You've got my number. You've got my business card. Oh, don't cry.

RNM: (sobbing) I'm sorry I'm sorry.

AR: Don't be sorry, don't be sorry, (RNM moaning and sobbing) Oh honey, honey, honey. Oh look, Dewayne's watching you. Here I got a Kleenex.
(pause)

AR: I won't come back unless you call me. Okay. (Preparing to leave)

5

RNM: (Still sobbing)

AR's notation: I remember I had gotten up off the couch where both of us were sitting. I had thought Ms. Mimms had nothing else to provide. But suddenly she burst out blaming herself for her father's incarceration.

AR:     You see your momma loved your daddy very much at one time. And she was kind of hurt, because maybe …he didn't maybe…love her as much…he wasn't…

RNM: (Breaking in)  But it wasn't her fault, it was her fault.

AR:     I know it wasn't.

RNM: It wasn't her fault, it was my fault.

AR:     No it wasn't. It was nobody's fault.

RNM: It was my fault, I just…you have to believe me, my daddy didn't do it. I don't my daddy did it.  I know who did it.

AR:     I think I know who did it. Can I say the name?

RNM: Well, I want to get you anymore upset.  But I don't think it was your daddy or those other men, was it?

RNM: No.

AR:     Your momma never knew did she?

RNM: No.

AR:     It was Michael, wasn't it?  (Michael Birden is the ex-husband of Sallie Shelton Birden)

RNM: No, he didn't do it either.

AR:     No?

RNM: No it was Ms. Mary's son.

AR:     Who's Ms. Mary?

RNM: Ms. Mary used to keep me. My momma used to send me over there…and  he did it.

AR:     Was he a young boy or what?

6

RNM: I don't know, he was a teenager.

AR: ..teenager?

RNM: ...and he used to do it to me. It wasn't my daddy. And can you ...can you just get him out of jail? I'm sorry.

AR: Sure.

RNM: But don't tell my momma. I don't want my momma to know. You get him out of jail and tell him I'm sorry. I don't want him to contact me. I don't want the news. I don't want the....

AR: No, honey, no, we won't do any of that.

RNM: I'm sorry. I don't want him to contact me. I don't' want none of that. (sobbing) I'm sorry, I'm sorry, I did it, I did it.

AR: What was Ms. Mary's son's name?

RNM: It started with a T.

AR: and you just...all fell...in this mess?

RNM: My momma just said it was him, my daddy. And I kept telling her it wasn't. and I cried. She just kept saying it was, so then I just...(crying)

AR: and went with it?

RNM: (sobbing)

AR: You were just a child, and your momma....

RNM: It's my fault. My fault. I'm sorry.

AR: No.

RNM: I knew, I knew when I saw him on TV and he said he was a Christian. And he said, he didn't do it. And he didn't do it. (sobbing)

AR: Oh honey.

RNM: He didn't. I'm sorry, I'm so sorry...

7

AR: Do you remember Ms. Mary's last name?

RNM: No I don't' wanna, I don't wanna ...

AR: We won't even stir that up Nope. We won't stir all that stuff (the real assault) up. Okay? We'll just leave it alone right now, between you and me. Okay? I want you to have a nice Christmas. I know your Dad would love hearing from ya, maybe I could get an address of his and just leave it with ya. I will not force it. (Consoling RNM in a soft voice) He (Rickey Mimms) does not hate you, he loves you.

RNM: Moaning and sobbing

AR: He (Rickey Mimms) knows he never hurt you. And all those other men couldn't have hurt you.

RNM: They (officials) are going to come and find me.

AR: No they aren't.

RNM: I don't want nothing to happen to my kids.

AR: Nothing, won't. You're not in trouble.

RNM: Yes I will be...because I lied. I lied.

AR: No, you were a child....

RNM: I don't want my momma to be in trouble because she took care. She didn't know.

AR: No, (trying to calm RNM down) she just thought...

RNM: I told her, I said yes...

AR: Now listen, listen this is between you and me. And it's Christmas time. I jut had a bad injury myself, and I wanted to cry this morning. I'm not sure if I can provide Christmas for daughter. But let me tell me something girl, it's in the heart and I am not taking that away from anybody, cause I don't want it taken from me. So I can tell you right now, between you and me. And then later, you think about things. I'll find out what has to be done. You know, Rickey don't' need to be in jail, does he?

We'll figure out a way, this can be done quietly and without any publication. We will find a way. I promise you that. Do you understand me? The news isn't gonna get...the news makes a mess of things. Don't worry.

Then after all that did Ms. Mary's son continue to hurt you?

8

RNM: No I didn't go there anymore.

AR: So your momma kind of had a feeling maybe you were telling the truth about that? Or did you never really told her about Ms. Mary's son?

RNM: I never told her. (Toddler is banging on some toys)

AR: How'd Momma find out? From some bleeding or something or....?

RNM: (low mumble) I'm not sure.

AR: You told her or something?

RNM: (non –responsive)

AR: Ohh, honey....you know when sometimes when things get off your chest, you feel a little lighter. You feel better?

RNM: No.

AR: Ah..don't be afraid, you 're not in trouble.

RNM: I'm scared.

AR: Don't be scared you are not in trouble. Look, do I look scary? Well, wait a minute, I'm getting old. I might look scary.
(Consoling RNM in soft tone again) don't be scared, you are not in trouble.
(AR tries to encourage RNM with spiritual thoughts) You got a beautiful son and I am sure your daughter is just as beautiful. I am not gonna to let your Christmas be spoiled. And I not gonna let mine. When outside entities try to take away our joy we just have to put our foot down. And God has a plan. Sometimes we don't even know what that plan is. I am talking to you because I am a faithful person. But I want you to know there is no fault to you. You are not in trouble. You are not being blamed or hated. Like I said as I came to the door. I have a message of love, hope and faith.

But I don't want to...We won't talk no more. I don't want you to think about about Ms. Mary's son.

RNM: (made a whimpering sound)

AR: I don't want you to think about none of it.

RNM: Okay.

9  AR

AR continues in attempting to identify on a personal level with RNM by telling her she is a single mom also. RNM is states she has to go to work.

AR:     When you saw your daddy on TV, how long ago was that?

RNM:  About a year.

AR:     Did it hurt?

RNM:  (nodded head)

AR:     Well, now it don't hurt no more. You kept that in all to yourself all these years.

RNM:  I gotta go to work.

AR shows her State License and provides another business card to RNM.
AR asks if she can check on RNM in a couple days. AR teases with Dewayne.
AR assures her she won't discuss the topic again until after Christmas. AR compliments RNM on being a good mother. The two women hug and say good-bye.

**It was approximately one week later when an attorney by the name of William Everett Jones Jr. contacted Audrey Rife, stating he represented Rickey Nickole Mimms. Mr. Jones requested to meet with Audrey Rife and the attorney she was working for to discuss how to precede with Mimms' information regarding her father, Rickey Mimms not being guilty of the allegation of Sexual Assault, which he was convicted of in 1986.**